830

No. 81-2182. GANA v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 81-2183. RUFFIN v. CASEY, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81-2185. GIBSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 81-2186. M. R. YUDOFSKY & ASSOCIATES ET AL. v. KENTUCKY DEPARTMENT OF FINANCE. Ct. App. Ky. Certiorari denied.

No. 81-2187. GUTHERY v. GUTHERY. Ct. Civ. App. Ala. Certiorari denied.

No. 81-2190. HALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81-2191. MAYBERRY v. DEES ET AL. C. A. 4th Cir. Certiorari denied.

No. 81-2192. MORRAN v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 81-2193. HERN IRON WORKS, INC. v. DONOVAN, SECRETARY OF LABOR; and YOUNGSTROM, DBA YOUNGSTROM'S LOG HOMES v. U. S. DEPARTMENT OF LABOR. Certiorari (first case) and certiorari before judgment (second case) to C. A. 9th Cir. Certiorari denied. Reported below: 670 F. 2d 838 (first case).

No. 81-2196. COUNCIL OF NORTH ATLANTIC SHIPPING ASSNS. ET AL. v. FEDERAL MARITIME COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.